AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Rafael VICENTE-VICENTE<br>a/k/a Rafael V. VISENTE<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 13-8383-JMH<br>)<br>)<br>) |

FILED by _____ D.C.
AUG 27 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

I find probable cause.

Sworn to before me and signed in my presence.

Date: 08/27/2013

*Judge's signature*

City and state: West Palm Beach, FL

Hon. James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and have been so employed for over ten years. Your affiant is currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. The information contained in this affidavit is based upon my own knowledge, a review of the alien file corresponding to Rafael VICENTE-VICENTE, also known as Rafael VISENTE-VISENTE, as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding this investigation but only those facts necessary to establish probable cause to charge.

3. On or about July 28, 2013, Rafael VICENTE-VICENTE using name of Rafael V. VISENTE was arrested on a State law offense and booked into the Palm Beach County Jail.

4. On or about August 5, 2013, Immigration Enforcement Agent Samuel Torres traveled to the Palm Beach County Jail and took a sworn statement from Rafael VICENTE-VICENTE after advising him of his rights under *Miranda*, which he waived. Rafael VICENTE-VICENTE admitted to being a citizen of Guatemala and that he last entered the United States in 2012, after having been previously deported from the United States on June 1, 2012. Rafael VICENTE-VICENTE further admitted that he did not seek permission to re-enter the United States.

5. On or about August 8, 2013, your affiant received a certified copy of the fingerprint card containing the prints taken in connection with Rafael VICENTE-VICENTE's July 28, 2013 arrest.

6. On or about August 7, 2013, your affiant received the immigration alien file assigned to Rafael VICENTE-VICENTE. Official records within that immigration file show that Rafael VICENTE-VICENTE, a native and citizen of Guatemala, was removed from the United States on two separate occasions, that is, on or about March 30, 2012 and again on or about June 1, 2012. Prior to being removed, immigration officials affixed Rafael VICENTE-VICENTE's fingerprint on a Removal Warrant.

7. Town of Palm Beach Police Department fingerprint expert Gregory Parkinson conducted a fingerprint comparison in this case. He compared the prints appearing on the aforementioned fingerprint card with the print appearing on each Removal Warrant. He concluded that the fingerprint impressions originated from the same person.

8. On or about August 9, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Rafael VICENTE-VICENTE, verifying that, after a diligent search, no record was found to exist indicating that Rafael VICENTE-VICENTE had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9.      Based on the foregoing, your affiant believes that there exists sufficient probable cause to charge Rafael VICENTE-VICENTE, also known as Rafael V. VISENTE with violating Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 27 day of August, 2013,
in West Palm Beach, Florida.

_____
HONORABLE JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE